THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT SELTZER,

Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.